UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTORIA PABON                                    JURY TRIAL DEMANDED

v.                                                CASE NO.  3:06CV

PROTOCOL RECOVERY SERVICE INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant engaged in collection efforts on a personal account in plaintiff 's name.

7. Defendant's letter of September 26, 2006 included misrepresentations and directed plaintiff to send any written disputes to a third party in violation of §1692g

FIRST COUNT

8.  In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

9. Within three years prior to the date of this action defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq*.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                  THE PLAINTIFF

                                  BY__/s/ Joanne S. Faulkner__
                                  JOANNE S. FAULKNER ct04137
                                  123 AVON STREET
                                  NEW HAVEN, CT 06511-2422
                                  (203) 772-0395
                                  j.faulkner@snet.net